UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

In Re:                                                                    **NOTICE OF APPEARANCE**

Ann Michele West                                                Case No.: 17-71075-reg
                                                                              (Chapter 7)

                Debtor.
                                                                              Assigned to:
                                                                              Hon. Robert E. Grossman
_____          Bankruptcy Judge


      PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of Nationstar Mortgage LLC in the within proceeding with regard to its interest in the property known as 40 Herrick Road, Southampton, NY 11968.

      Please send copies of all Notices and all papers filed in the case to the undersigned. Further, please add our firm to the mailing matrix.

DATED:    April 16, 2018
                Williamsville, New York

                                                  Yours,
                                                  GROSS POLOWY, LLC
                                                  Attorneys for Nationstar Mortgage LLC


                                                  Courtney R Williams, Esq.
                                                  Gross Polowy, LLC
                                                  1775 Wehrle Drive, Suite 100
                                                  Williamsville, NY 14221
                                                  Telephone (716)204-1700

TO:

By ECF:

    Clerk, United States Bankruptcy Court
    Eastern District Of New York

    Mark A. Frankel, Esq.            Attorney for Debtor

    Kenneth I. Kirschenbaum, Esq.    Chapter 7 Trustee